**Marquis Aurbach Coffing**
Jason M. Gerber, Esq.
Nevada Bar No. 9812
Bryan M. Viellion, Esq.
Nevada Bar No. 13607
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jgerber@maclaw.com
bviellion@maclaw.com
  *Attorneys for Defendants*
  *Michael S. Talbott, Cindy Talbott,*
  *Leroy Wilder, and the Leroy and Nancy Wilder Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATHENE ANNUITY AND LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>MICHAEL S. TALBOTT; CINDY TALBOTT; SCOTT KELLER AND KAREN KELLER, as indvidiuals; LEROY WILDER, both individually and as trustee of the LEROY AND NANCY WILDER TRUST; and the LEROY AND NANCY WILDER TRUST,<br><br>                    Defendants. | Case No.:   2:16-cv-00160-GMN-PAL |

### STIPULATION AND ORDER TO SET ASIDE DEFAULT

Plaintiff Athene Annuity and Life Company, by and through its attorneys of record, Latham & Watkins LLP, and Defendants Michael S. Talbott, Cindy Talbott, Leroy Wilder, both individually and as trustee of the Leroy and Nancy Wilder Trust, and the Leroy and Nancy Wilder Trust, by and through their attorneys of record, Marquis Aurbach Coffing, hereby stipulate and agree to the following:

1. To set aside the default entered by Plaintiff on February 24, 2016 against Defendants Michael S. Talbott and Cindy Talbott and on February 25, 2016 against Defendants Leroy Wilder and the Leroy and Nancy Wilder Trust (collectively referred to hereinafter as the "Defendants").

MAC:11927-013 2747211_1 3/14/2016 9:09 AM

2. Defendants shall file their answers on or before March 21, 2016, and agree not to seek any further extension with regard to the filing of their answers.

IT IS SO STIPULATED AND AGREED.

Dated this 14th day of March, 2016.                Dated this 14th day of March, 2016.

MARQUIS AURBACH COFFING                            LATHAM & WATKINS LLP


By:   /s/ Jason M. Gerber                          By:   /s/ Amy C. Quartarolo
   Jason M. Gerber, Esq.                              Kimberly A Posin, Esq.
   Nevada Bar No. 9812                                CA Bar No. 223091 – Pro Hac Vice Pending
   Bryan M. Viellion, Esq.                            Amy C. Quartarolo, Esq.
   Nevada Bar No. 13607                               CA Bar No. 222144 – Pro Hac Vice Pending
   10001 Park Run Drive                               355 S. Grand Avenue
   Las Vegas, Nevada 89145                            Los Angeles, CA, 90071-1560
   *Attorneys for Defendants*                         *Attorney for Plaintiff*
   *Michael S. Talbott, Cindy Talbott,*
   *Leroy Wilder, and the Leroy and Nancy*
   *Wilder Trust*


### ORDER

IT IS SO ORDERED this  15  day of    March    , 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

MARQUIS AURBACH COFFING


By:   /s/ Jason M. Gerber
   Jason M. Gerber, Esq.
   Nevada Bar No. 9812
   Bryan M. Viellion, Esq.
   Nevada Bar No. 13607
   10001 Park Run Drive
   Las Vegas, Nevada  89145
   *Attorneys for Defendants*
   *Michael S. Talbott, Cindy Talbott,*
   *Leroy Wilder, and the Leroy and Nancy Wilder Trust*

MAC:11927-013 2747211_1 3/14/2016 9:09 AM