Michael R. Kealy, Nevada Bar No. 0971
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  775.323.1601
Facsimile:  775.348.7250
MKealy@parsonsbehle.com

-and-

David M. Bennion (Pro Hac Vice)
Zack Winzeler
PARSONS BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile:  801.536.6111
DBennion@parsonsbehle.com
Zwinzeler@parsonsbehle.com

Attorneys for Defendants Scott and Karen Keller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATHENE ANNUITY AND LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL S. TALBOTT; CINDY TALBOTT; SCOTT KELLER and KAREN KELLER, as individuals; LEROY WILDER, both individually and as trustee of the LEROY AND NANCY WILDER TRUST; and the LEROY AND NANCY WILDER TRUST,<br><br>　　　　　Defendants. | Case No.  2:16-cv-00160-GMN-PAL |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Athene Annuity and Life Insurance Company and Defendants Michael S. Talbott, Cindy Talbott, Scott Keller, Karen Keller and Leroy Wilder (individually and as trustee of the Leroy and Nancy Wilder Trust)

PARSONS
BEHLE &
LATIMER

1

4812-2430-0343 v1

hereby stipulate to dismissal with prejudice of the above captioned action, with each party to pay its own attorney fees and costs incurred herein.

Plaintiff and Defendants further agree and stipulate that, pursuant to the Settlement Agreement dated March 30 2016, Plaintiff received the full "Repayment Amount" on or before the "Repayment Deadline" (as those terms were amended by stipulation), such that the terms of said Settlement Agreement, including but not limited to the Releases provided in paragraph 13 thereof, are binding and enforceable upon the parties herein.

IT IS SO STIPULATED:

DATED: August 22, 2016.   **KOLESAR & LEATHAM**

/s/ Kimberly A. Posin *(with permission)*
Kimberly A. Posin, Esq.
CA State Bar No. 223091 – *Pro Hac Vice*
Amy C. Quartarolo, Esq.
CA State Bar No. 222144 – *Pro Hac Vice*
**LATHAM & WATKINS LLP**
355 S. Grand Avenue
Los Angeles, CA 90071-1560

Attorneys for Plaintiff Athene Annuity and Life Company

DATED: August 22, 2016.   **PARSONS BEHLE & LATIMER**

/s/  David M. Bennion
Michael R. Kealy, Nevada Bar ID No. 0971
**PARSONS BEHLE & LATIMER**
50 West Liberty Street, Suite 750
Reno, Nevada 89501
-and-
David M. Bennion, *Admitted Pro Hac Vice*
Zack Winzeler, *Admitted Pro Hac Vice*
**PARSONS BEHLE & LATIMER**
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111

Attorneys for Defendants Scott and Karen Keller

2

4812-2430-0343 v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: August 22, 2016.

MARQUIS AURBACH COFFING

/s/ Jason M. Gerber *(with permission)*
Jason M. Gerber, Esq.
Nevada Bar No. 9812
Bryan M. Viellion, Esq.
Nevada Bar No. 13607
10001 Park Run Drive
Las Vegas, Nevada 89145

Attorneys for Defendants Michael S. Talbott, Cindy Talbott, Leroy Wilder, Individually and as the Trustee the Leroy and Nancy Wilder Trust

**IT IS SO ORDERED**.
**IT IS FURTHER ORDERED** that Defendants Karen and Scott Keller's Motion to Dismiss for Lack of Jurisdiction is **DENIED as moot**.
The Clerk of the Court shall close the case.

**DATED** this **22** day of August, 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

4812-2430-0343 v1